IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 OCT 29 PM 3: 12
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**GRACIE LOPEZ,**
        **Plaintiff,**

-vs-                                           Case No. A-08-CA-510-SS

**WOLPOFF & ABRAMSON, LLP and LVNV FUNDING LLC,**
        **Defendants.**

## ORDER

BE IT REMEMBERED on the 29th day of October 2008 the Court reviewed the file in the above-styled cause, specifically Defendants' joint motion for sanctions pursuant to 28 U.S.C. § 1927 [#39] and Plaintiff's response thereto [#42], and entered the following order.

Defendants' joint motion for sanctions under 28 U.S.C. § 1927 requests "fees and costs incurred in responding to the class certification motion in this case." But the Defendants have presented no evidence of fees and costs incurred in responding to the class certification motion.

In accordance with the foregoing,

IT IS ORDERED that Defendants have **TEN (10) days** from the date of this Order to file a memorandum in support of their joint motion for sanctions, with verified affidavit(s) proving their costs associated with responding to the class certification motion.

IT IS FURTHER ORDERED that Plaintiff shall have **TEN (10) days** from the date Defendants file their memorandum to respond.

SIGNED this the 29th day of October 2008.

                                                              *Sam Sparks*
                                                          SAM SPARKS
                                                    UNITED STATES DISTRICT JUDGE